In re AFFLECK et al. (No. 5768.)

(Supreme Court, Appellate Division, First Department. May 15, 1914.)

TRUSTS (§ 319*)—COMPENSATION OF TRUSTEES—COMMISSIONS.

Successor trustees under a will should have been allowed half commissions for receiving the principal of the estate upon their appointment.

[Ed. Note.—For other cases, see Trusts, Cent. Dig. § 462; Dec. Dig. § 319.*]

Appeal from Decree of Surrogate, New York County.

Proceeding for a judicial settlement of the account of James G. Affleck and others as successor trustees under the will of George Law, deceased. From the decree so far as it failed to allow commissions to the trustees for receiving the principal of the estate upon their appointment as successor trustees, they appeal. Reversed and remitted, with directions.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and HOTCHKISS, JJ.

Michel Kirtland, of New York City, for appellants.
William A. Gordon, for respondent.

PER CURIAM. Decree of the surrogate reversed and matter remitted to the Surrogate's Court, with directions to allow half commissions to the trustees appellant, on the authority of Matter of Baldwin, 157 App. Div. 897, 142 N. Y. Supp. 1107, affirmed 209 N. Y. 601, 103 N. E. 734.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes